**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BENJAMIN CUNNINGHAM

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -



_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

19-CIV-19520
[CCC]   [ESK]
( FIRST   AMENDED )

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

\* FALSE   ARREST \*
\* MALICIOUS PROSECUTION \*
\* UNLAWFUL IMPRISONMENT \*
\* POLICE BRUTALITY \*
\* MEDICAL RECORD \*
SEIZURE

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name          BENJAMIN   CUNNINGHAM

Street Address   2429 SOUTHERN BLVD # ONE

County, City      BRONX

State & Zip Code   NEW YORK   10458

Telephone Number   (347) 879-1717

COOLPATUS@YAHOO.COM

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name PORT AUTHORITY OF NY/NJ AGENCY
Street Address # WORLD TRADE CENTER BUILDING
County, City MANHATTAN
State & Zip Code NEW YORK 10007

Defendant No. 2

Name SILVERSTEIN PROPERTIES - INC
Street Address (#-7) WORLD TRADE CENTER BUILDing
County, City MAN HATTAN
State & Zip Code NEW YORK 10007

Defendant No. 3

Name ALLIED UNIVERSAL SECURITY COMPANY GUARD
Street Address 161 WASHINGTON STREET (#600)
County, City CONS HOHOC KEN
State & Zip Code PENNSYLVANIA 19428

Defendant No. 4

Name NEW YORK CITY LAW DEPARTMENT
Street Address 100 CHURCH STREET (4Th-FL)
County, City MANHATTAN
State & Zip Code NEW YORK 10007

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [✓] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 42 USC SECTION 1983
5th; 8th; 4th AMENDMENTS & Et AL
14th U.S.C.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship NEW YORK STATE

Defendant(s) state(s) of citizenship PENNSYLVANIA ; NEW JERSEY

NEW YORK

### III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? ✱ APRIL-05- 2019

✱ MAY-09-2019                     PORT AUTHORITY BUS TERMINAL

✱#4 WORLD TRADE CENTER BUILDING        MANHATTAN

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____

MANHATTAN

---

**What happened to you?**

C.   Facts: APRIL-05-2019 INSIDE THE PORT AUTHORITY OF NEW YORK / NEW JERSEY AGENCY'S BUS STATION THE PORT AUTHORITY OF NY/NJ AGENCY'S POLICE OFFICERS WILLFULLY COMMITTED / ✱ POLICE BRUTALITY ✱ ✱FALSE ARREST✱ ✱MALICIOUS PROSECUTION✱ ✱ ✱UNLAWFUL IMPRISONMENT ✱ ✱ MEDICAL RECORD SEIZURE ✱ (MT SINI WEST HOSPITAL'S ER) AGAINST THE (PRO-SE)

**Who did what?**

PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S SECURDED CIVIL RIGHTS.

---

MAY-09-2019 INSIDE THE #4 WORLD TRADE CENTER BUILDING THE ALLIED UNIVERSAL SECURITY SECURETT GUARD OFFICERS ✕ PORT AUTHORITY OF NY/NJ

**Was anyone else involved?**

AGENCY'S POLICE OFFICERS ✕ NYPD AGENCY'S POLICE OFFICERS WILLFULLY COMMITTED ✱ POLICE BRUTALITY ✱ ✱FALSE ARREST✱ ✱MALICIOUS PROSECUTION ✱ ✱UNLAWFUL IMPRISONMENT✱ ✱ MEDICAL RECORD SEIZURE ✱) AGAINST (PRO-SE) PLAINTIFF

**Who else saw what happened?**

NEW YORK- PRESBYTERIAN LITIGANT BENJAMIN CUNNINGHAM'S HOSPITAL E.R. / SECURED CIVIL RIGHTS

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,
you required and received. _APRIL - 05 - 2019_  α  _MAY - 09 - 2019_

MT SINI WEST                                          NEW YORK PRESBYTERIAN
HOSPITAL                                                    HOSPITAL

* POLICE   BRUTALITY *
* FAISE   ARREST *
* MALICIOUS   PROSECUTION *
* UNLAWFUL   IMPRISIONMENT *

**V.    Relief:** $ 15 MILLION DOLLORS

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and
the basis for such compensation.
_APRIL - 05 - 2019_                    _MAY - 09 - 2019_

19 - CIV - 19520
( CCC )                ( ESK )

PORT AUTHORITY  AGENCY                  PORT AUTHORITY  AGENCY
POLICE  OFFICER'S                        POLICE  OFFICERS

ALLIED            SILVERSTEIN            SECURITY  GUARD OFFICERS
UNIVERSAL         PROPERTIES - INC
SECURITY                                 NYPD  AGENCY
GUARD  COMPANY                           POLICE  OFFICERS

I REQUEST  JUDGE'S  DECISION / ORDER  DATED
NOV - 17 - 2021  TO  REOPEN  CIVIL  RIGHTS  CASE  α
THEN  CONDUCT  DISCOVERY  PROCEEDINGS



- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16 th day of DECEMBER , 20 21 .

Signature of Plaintiff _____

Mailing Address 24 29 SOUTHERN BLVD

BRONX NEW YORK

10458

Telephone Number ( 347 ) 879 - 1717

Fax Number *(if you have one)* _____

E-mail Address COOLPATUS @ YAHOO . COM

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -

# UNITED  STATES  DISTRICT  COURT
## DISTRICT  OF  NEW  JERSEY
# ( FIRST AMENDED  COMPLAINT )
## PER JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER
### ( DATED  NOVEMBER-17-2021 )
# 19-CIV-19520 ( CCC ) ( ESK )

### BENJAMIN  CUNNINGHAM

( PRO-SE )  PLAINTIFF

## AGAINST

CITY OF NEW YORK

NYPD  AGENCY

UNIDENTIFIED NYPD AGENCY POLICE OFFICERS

NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY

UNIDENTIFIED #911 EMERGENCY OPERATOR

NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY

UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS

NEW YORK CITY DISTRICT ATTORNEY OFFICE

NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK

SIVERSTEIN  PROPERTIES  &  ETAL

PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS

ALLIED UNIVERSAL SECURITY GUARD COMPANY

UNIDENTIFIED SECURITY GUARD OFFICERS

SECURITY GUARD OFFICER DON VINCI

SECURITY GUARD OFFICER DEVON ADAMS

JOHN DOES

JANE  DOES

DEFENDANTS

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 DEC 17

i

CRIMINAL  TRESPASS  3RD  140.10

TRESPASS  140.05

RESISTING  ARREST  205.30

ARRESTED  MAY-09-2019

ARREST  FILE  #M-19621345-Y

NYSID  FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED  AUGUST-05-2019

"  PEOPLE  CANNOT  PROVE  BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL

( 1 )  "  DEFENDANT MOTION TO DISMISS PLAINTIFF'S COMPLAINT.
ORDERED THAT PLAINTIFF SHALL HAVE THIRTY ( 30 ) DAYS
FROM ENTRY OF THIS ORDER TO SUBMIT AN AMENDED
COMPLAINT THAT ADDRESSES THE DEFICIENCIES IDENTIFIED
IN THE COURT'S ORDER ........    ( NOVEMBER-17-2021 )
( SIGNED BY JUDGE CLAIRE C. CECCHI )

( 2 )  JUDGE CLARE C. CECCHI'S DECISION/ORDER DATED
NOVEMBER-17-2029 CONCERNS THIS CIVIL RIGHTS CASE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S

MAY-09-2019  POLICE BRUTALITY LEGAL ISSUE

MAY-09-2019  FALSE ARREST  LEGAL ISSUE

MAY-09-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE

MAY-09-2019  MALICIOUS PROSECUTION    LEGAL ISSUE

CRIMINAL TRESPASS 3RD 140.10

TRESPASS 140.05

RESISTING ARREST 205.30

ARRESTED MAY-09-2019

ARREST FILE #M-19621345-Y

NYSID FILE #0- 4419965-N

DOCKET FILE #CR-015612-19-NY

DISMISSED AUGUST-05-2019

" PEOPLE CANNOT PROVE BEYOND "

A REASONABLE DOUBT

SEALED PURSUANT TO SECTION 160.50 CPL

( 3 ) PORT AUTHORITY OF NEW YORK / NEW JERSEY AGENCY
UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
SIVERSTEIN PROPERTIES & ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE DOES

3

MAY-09-2019 POLICE BRUTALITY LEGAL ISSUE

MAY-09-2019 FALSE ARREST LEGAL ISSUE

MAY-09-2019 UNLAWFUL IMPRISONMENT LEGAL ISSUE

MAY-09-2019 MALICIOUS PROSECUTION LEGAL ISSUE

PORT AUTHORITY OF NEW YORK / NEW JERSEY AGENCY

CRIMINAL TRESPASS 3RD 140.10

TRESPASS 140.05

RESISTING ARREST 205.30

ARRESTED MAY-09-2019

ARREST FILE #M-19621345-Y

NYSID FILE #0- 4419965-N

DOCKET FILE #CR-015612-19-NY

DISMISSED AUGUST-05-2019

" PEOPLE CANNOT PROVE BEYOND "

A REASONABLE DOUBT

SEALED PURSUANT TO SECTION 160.50 CPL


UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS

SIVERSTEIN PROPERTIES & ETAL

ALLIED UNIVERSAL SECURITY GUARD COMPANY

UNIDENTIFIED SECURITY GUARD OFFICERS

SECURITY GUARD OFFICER DON VINCI

SECURITY GUARD OFFICER DEVON ADAMS

NYPD AGENCY

UNIDENTIFIED NYPD AGENCY POLICE OFFICERS

JOHN DOES

JANE DOES



( 4 ) ON MAY-09-2019 THE ABOVE CIVIL RIGHTS CASE DEFENDANT
LITIGANTS CONDUCTED AN ILLEGAL ARREST AGAINST THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM FOR
NO LEGAL REASON IN VIOLATION OF CIVIL RIGHTS LAWS

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                      140.05

RESISTING  ARREST        205.30

ARRESTED     MAY-09-2019

ARREST   FILE  #M-19621345-Y

NYSID     FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

"  PEOPLE  CANNOT  PROVE BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL


( 5 )   APRIL-05-2019 IT WAS THE PORT AUTHORITY OF NY/NJ
AGENCY'S UNIDENTIFIED UNIFORM MALE POLICE OFFICERS WHO
UNLAWFULLY BEAT DOWN THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY AND DETAINED INSIDE THE
PORT AUTHORITY BUS STATION TERMINAL.  AFTERWARDS, THEY
UNLAWULLY TRANSPORTED  ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY TO MT SINI WEST HOSPITAL'S
PSYCHIATRIC DIVISION  FOR MENTAL OBSERVATION FOR NO
LEGAL REASONS BUT ALSO WITHOUT ANY LEGAL CONSENT.
SUBSEQUENTLY THE PSYCHIATRIC MEDICAL TEAM DISCHARGED
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TWO
                    HOURS LATER



CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                      140.05

RESISTING  ARREST        205.30

ARRESTED    MAY-09-2019

ARREST  FILE  #M-19621345-Y

NYSID    FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

" PEOPLE  CANNOT  PROVE  BEYOND "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL


( 6 )  MAY-09-2019 THE ( PRO-SE ) PLAINTIFF LITIGANT
       BENJAMIN CUNNINGHAM APPEARED AT THE
       WORLD TRADE CENTER BUILDING ( #4 ) LOBBY AREA
       SECURITY GUARD DESK AND REQUESTED A PASS TO
       GO UPSTAIRS TO THE PORT AUTHORITY OF NY/NJ
       AGENCY'S LEGAL DEPARTMENT INORDER TO FILE A
       POLICE MISCONDUCT COMPLAINT DOCUMENTS AGAINST
       ALL PORT AUTHORITY OF NY/NJ POLICE OFFICERS WHO
       UNLAWFULLY BEAT HIS BODY AND DETAINED HIS BODY
       INSIDE THEIR PORT AUTHORITY BUS STATION TERMINAL
       ON APRIL-05-2019.

CRIMINAL  TRESPASS  3RD  140.10

TRESPASS                    140.05

RESISTING  ARREST        205.30

ARRESTED    MAY-09-2019

ARREST  FILE  #M-19621345-Y

NYSID    FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

"  PEOPLE  CANNOT  PROVE  BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO SECTION 160.50 CPL

( 7 )  UNIDENTIFIED SECURITY GUARD OFFICER TOOK THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S
NEW YORK STATE DRIVER LICENSE AND LOGGED SUCH INTO
THE SECURITY GUARD DESK COMPUTER SYSTEM.
AFTERWARDS THE SECURITY GUARD DESK OFFICER QUICKLY
CONTACTED MANY PORT AUTHORITY OF NY/NJ AGENCY'S
POLICE OFFICERS  WHO APPEARED AND STARTED TO BEAT
DOWN  ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM'S
BODY FOR NO LEGAL REASONS & CONDUCTED AN ARREST.

( 8 )  ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM
USED HIS CELLPHONE AND CONTACTED NEW YORK CITY'S
UNIDENTIFIED #911 EMERGENCY OPERATOR AND THEN
REQUESTED EMERGENCY ASSISTANCE FROM NYPD AGENCY
POLICE OFFICERS AND FROM EMS MEDICAL ASSISTANCE.

7

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                    140.05

RESISTING  ARREST         205.30

ARRESTED    MAY-09-2019

ARREST   FILE  #M-19621345-Y

NYSID     FILE  #0- 4419965-N

DOCKET   FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

" PEOPLE  CANNOT  PROVE  BEYOND "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL


( 9  )  NEW YORK CITY'S #911 EMERGENCY OPERATOR DIRECTED
THE ( PRO-SE ) LITIGANT BENJAMIN CUNNINGHAM NOT
TO HANG-UP HIS CELLPHONE UNTIL NYPD AGENCY POLICE
OFFICERS PERSONAL AND EMS MEDICAL SERVICE PERSONAL
ARRIVED AND PROVIDE THEIR PROFESSIONAL ASSISTANCE.

( 10 )  EMS MEDICAL PERSONAL ALONG WITH NYPD AGENCY'S
POLICE OFFICERS FROM THE MANHATTAN COUNTY'S
PRECINCT STATION HOUSE ( #001 ) FINALLY ARRIVED AND
THEN TRANSPORTED THE ( PRO-SE ) PLAINTIFF LITIGANT
BODY TO NEW YORK-PRESBYTERIAN HOSPITAL'S ER UNIT
ACCORDING TO THE NEW YORK CITY #911 EMERGENCY
OPERATOR  REPORT ( D-19050917172 ) DATED MAY-09-2019
( FOIL RESPONSE FILE #2019-056-08395 ) WHICH IS DATED
MAY-22-2019 FROM THE NYPD AGENCY 'S LEGAL DIVISION.

8

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                    140.05

RESISTING  ARREST        205.30

ARRESTED    MAY-09-2019

ARREST   FILE  #M-19621345-Y

NYSID    FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

"  PEOPLE  CANNOT   PROVE  BEYOND  "

A  REASONABLE  DOUBT

<u>SEALED  PURSUANT  TO  SECTION  160.50  CPL</u>


( 11 )  ACCORDING TO CIVIL RIGHTS VICTIM ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM THE NYPD AGENCY 'S
POLICE OFFICERS NEVER ARRIVED AND PROVIDED ANY OF
THEIR NYPD AGENCY POLICE ASSISTANCE TO THE ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM.

( 12 )  EMS ARRIVED AND PROVIDED MEDICAL ASSISTANCE TO
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM.

( 13 )  NYPD AGENCY POLICE OFFICERS PROVIDED POLICE ASSISTANCE
ONLY TO THE PORT AUTHORITY OF NY/NJ AGENCY 'S POLICE
OFFICERS.

( 14 )  NYPD AGENCY'S POLICE OFFICERS NEVER PROVIDED THEIR
POLICE ASSISTANCE TO THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM.

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

( 15 )  PLEASE BE ADVISED THAT THE ABOVE TWO POLICE
REPORT DOCUMENTS DATED MAY-09-2019 ARE NOW VERY
CLEAR EVIDENCE THAT NYPD AGENCY'S POLICE OFFICERS ALONG
WITH THE PORT AUTHORITY OF NY/NJ AGENCY'S
POLICE OFFICERS HAVE UNLAWFULLY ARRESTED THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM
INSIDE THEIR MANHATTAN COUNTY'S POLICE PRECINCT
STATION HOUSE'S ( #001 )  LOCATED ON CANAL STREET FOR
NO LEGAL REASONS.

( 16 )  AFTERWARDS THESE POLICE OFFICERS FROM BOTH
AGENCIES TRANSPORTED ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM TO THE NEW YORK CITY'S
DEPARTMENT OF CORRECTIONS  MANHATTAN  JAIL UNTIL
18 HOURS LATER AND THEN RELEASED BY THE MANHATTAN
COUNTY CRIMINAL COURTHOUSE ASSIGNED JUDGE.

10

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

( 17 )  SUBSEQUENTLY THE ABOVE TWO POLICE REPORT DOCUMENTS
DATED MAY-09-2019 HAVE WILLFULLY CONCEALED THE
PORT AUTHORITY OF NY/NJ AGENCY'S POLICE BRUTALITY CONDUCT
THAT WAS COMMITTED AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY ON APRIL-05-2019 INSIDE THE
PORT AUTHORITY BUS STATION TERMINAL FROM THE
MANHATTAN COUNTY DISTRICT ATTORNEY OFFICE AND FROM
THE MANHATTAN COUNTY LEGAL AIDE SOCIETY OFFICE.

( 18 )  SUBSEQUENTLY THE ABOVE TWO POLICE REPORT DOCUMENTS
DATED MAY-09-2019 HAVE WILLFULLY CONCEALED THE
PORT AUTHORITY OF NY/NJ AGENCY'S POLICE BRUTALITY CONDUCT
THAT WAS COMMITTED AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY ON MAY-09-2019 INSIDE THE
WORLD TRADE CENTER BUILDING'S #4 FROM THE MANHATTAN
COUNTY DISTRICT ATTORNEY OFFICE AND FROM THE MANHATTAN
COUNTY LEGAL AIDE SOCIETY OFFICE.

11

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID     FILE  #0- 4419965-N</u>

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID     FILE  #0- 4419965-N</u>

( 19 )

CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                    140.05
RESISTING  ARREST        205.30
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N
DOCKET  FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019

" PEOPLE  CANNOT  PROVE  BEYOND "
A  REASONABLE  DOUBT
<u>SEALED  PURSUANT  TO  SECTION  160.50  CPL</u>

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 ) DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N

( 20 )

   JUNE-04-2019 THE CIVIL RIGHTS ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM FILED HIS TIMELY NOTICE OF CLAIM
DOCUMENT ( CLAIM #2019-PI-014981 ) ABOUT THE ABOVE TWO
POLICE REPORT DOCUMENTS DATED MAY-09-2019 AT THE
NEW YORK CITY COMPTROLLER OFFICE.

   JUNE-17-2019 THE CIVIL RIGHTS ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM FILED HIS TIMELY NYC #311 MISCONDUCT
COMPLAINT ( #1-1-1737170186 ) AT THE NYC'S MAYOR OFFICE

   JULY-12-2019 THE CIVIL RIGHTS ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM FILED HIS TIMELY NOTICE OF CLAIM
DOCUMENT ( CLAIM #2019-PI-018756 ) ABOUT THE ABOVE TWO
POLICE REPORT DOCUMENTS DATED MAY-09-2019 AT THE
NEW YORK CITY COMPTROLLER OFFICE.

13

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 ) DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID     FILE  #0- 4419965-N</u>

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID     FILE  #0- 4419965-N</u>

( 21 )

JUNE-20-2019 THE PORT AUTHORITY OF NY/NJ AGENCY'S
LEGAL DEPARTMENT ACKNOWLEDGED THE CIVIL RIGHTS ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S NOTICE OF CLAIM
DOCUMENT ( CLAIM #2019-12348 ) REGARDING THEIR OWN
POLICE BRUTALITY MISCONDUCT BEHAVIOR AND UNLAWFULLY
DETAINING INSIDE THE PORT AUTHORITY BUS STATION TERMINAL
LOCATION ON APRIL-05-2019.

JUNE-20-2019 THE PORT AUTHORITY OF NY/NJ AGENCY'S
LEGAL DEPARTMENT ACKNOWLEDGED THE CIVIL RIGHTS ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S NOTICE OF CLAIM
DOCUMENT ( CLAIM #2019-12347 ) REGARDING THEIR OWN
POLICE BRUTALITY MISCONDUCT BEHAVIOR AND UNLAWFULLY
DETAINING INSIDE THE PORT AUTHORITY BUS STATION TERMINAL
LOCATION ON MAY-09-2019.

14

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 ) DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE   #M-19621345-Y
NYSID    FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID    FILE  #0- 4419965-N

( 22 )

PORT AUTHORITY OF NY/NJ AGENCY'S LEGAL DEPARTMENT
TOLD CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM THEY WILL CONDUCT AN INTERNAL
AFFAIRS POLICE INVESTIGATION  ( FILE #PRA-20541 ) :

POLICE SERGEANT LAWANDA D. IRVING
POLICE DETECTIVE ADELL L. JULES ( JR )
PORT AUTHORITY OF NY/NJ AGENCY 'S
( POLICE INTERNAL AFFAIRS DIVISION )
5 MARINE VIEW PLAZA ( SUITE #316 )
HOBOKEN , NEW JERSEY O7030



NEW YORK CITY'S COMPTROLLER OFFICE CLAIM STAFF PERSONS
ALONG WITH THEIR LAW DEPARTMENT ATTORNEY HAVE STATED
THEY WILL CONDUCTED THEIR ( 50-H ) HEARING CIVIL RIGHTS CASE
INTERNAL  INVESTIGATION  ( CLAIM FILE #2019-PI-0018756 ).

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED     MAY-09-2019
ARREST   FILE   #M-19621345-Y
<u>NYSID      FILE   #0- 4419965-N</u>

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED     MAY-09-2019
ARREST   FILE   #M-19621345-Y
<u>NYSID      FILE   #0- 4419965-N</u>

( 23 )
SEPTEMBER-11-2019 THE PORT AUTHORITY OF NY/NY AGENCY'S
LEGAL DEPARTMENT GENERAL COUNSEL CHERYL ALTERMAN-ESQ
( 212 ) 435-3431 SENT HIPAA RELEASE FORMS TO THE CIVIL RIGHTS
CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM

FEBRUARY-18-2021 THE NEW YORK CITY LAW DEPARTMENT'S
LEGAL DEPARTMENT ASSIGNED ATTORNEY SENT HIPAA RELEASED
FORMS TO THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM

NEW YORK STATE RESIDENTS ARE NYPD AGENCY POLICE OFFICERS;
NYC DEPARTMENT OF CORRECTION OFFICERS; SECURITY GUARD
OFFICERS & PORT AUTHORITY OF NY/NJ AGENCY'S POLICE OFFICERS

NEW JERSEY STATE RESIDENTS ARE NYPD AGENCY POLICE OFFICERS;
NYC DEPARTMENT OF CORRECTION OFFICERS; SECURITY GUARD
OFFICERS & PORT AUTHORITY OF NY/NJ AGENCY'S POLICE OFFICERS

16

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID    FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID    FILE  #0- 4419965-N

( 24 )                MR  ERNEST  DEANEY
                   ( 212 )  417-2063
              ERNEST.DELANEY@DOS.NY.GOV
              ENFORCEMENT SUPERVISOR
      ( MISCONDUCT COMPLAINT  FILE #2019-0983 )
        NEW YORK STATE DEPARTMENT OF STATE
             ENFORCEMENT  DIVISION
          DIVISION OF LICENSING SERVICES
               123 WILLIAMS STREET
        MANHATTAN ,  NEW YORK 10038-3804

( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM FILED HIS TIMELY
MISCONDUCT COMPLAINTS AGAINST ALLIED SECURITY GUARD COMPANY 'S
UNIDENTIFIED SECURITY GUARD OFFICERS.   THERE ARE PENDING MISCONDUCT
INVESTIGATIONS AGAINST ALL INVOLVED SECURITY GUARD OFFICERS WHO ARE
LINKED TO THE WORLD TRADE CENTER BUILDING ( #4 ) POLICE MISCONDUCT
BEHAVIOR AGAINST ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S
BODY ON MAY-09-2019

CRIMINAL TRESPASS 3RD  140.10

TRESPASS                    140.05

RESISTING ARREST            205.30

ARRESTED   MAY-09-2019

ARREST FILE #M-19621345-Y

NYSID   FILE #0- 4419965-N

DOCKET FILE #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

" PEOPLE CANNOT PROVE BEYOND "

A REASONABLE DOUBT

SEALED PURSUANT TO SECTION 160.50 CPL

( 26 )

THE CIVIL RIGHTS CASE DEFENDANT LITIGANT ALLIED SECURITY GUARD COMPANY REFUSED TO FILE THEIR ANSWER AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S CIVIL RIGHTS CASE.

THE CIVIL RIGHTS CASE DEFENDANT LITIGANT SILVERSTEIN PROPERTIES-INC REFUSED TO FILE THEIR ANSWER AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S CIVIL RIGHTS CASE.

CIVIL RIGHTS CASE DEFENDANT LITIGANT SILVERSTEIN PROPERTIES-INC HAS EMPLOYED SEVERAL ALLIED SECURITY GUARD COMPANY 'S SECURITY GUARD OFFICERS.

DEFENDANT LITIGANT SILVERSTEIN PROPERTIES-INC ALONG WITH DEFENDANT LITIGANT ALLIED SECURITY GUARD COMPANY WILLFULLY FILED FAKE CRIMINAL CHARGES/ POLICE REPORTS DOCUMENTS AGAINST ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S BODY ON MAY-09-2019 INSIDE WORLD TRADE CENTER BUILDING #4.

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID      FILE  #0- 4419965-N</u>

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
<u>NYSID      FILE  #0- 4419965-N</u>

( 27 )

MR DAN RAMDAWAR
ASSISTANT INSPECTOR GENERAL
( 646 )  386-3517
UNIFIED COURT SYSTEM
OFFICE OF COURT ADMINISTRATION
26 BROADWAY AVENUE ( 10TH FLOOR )
MANHATTAN,  NEW YORK 10004



THE ABOVE MISCONDUCT COMPLAINT WAS FILED AGAINST TWO
NEW YORK CITY CRIMINAL COURTHOUSE COURT OFFICERS WHO
BEAT DOWN THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM 'S BODY FOR ATTEMPTING TO PROCEED
UNDER PRO-SE STATUS WHILE NEW YORK CITY'S COMPTROLLER
OFFICER CLAIM STAFF ANASTASA PEREZ ( 212 ) 669-2251 HAS DENIED
NOTICE OF CLAIM ( CLAIM FILE #2019-PI-21392 ) ON AUGUST-20-2019

# PERSONAL  JURISDICTION

( 28 ) ## <u>28 USC SECTION 1331</u>

### ALLIED UNIVERSAL SECURITY GUARD CORPORATE
### ( 800 ) 514-8273
### 161 WASHINGTON STREET ( #600 )
### CONSHOHOCKEN , PENNSYLVANIA 19428

### NEW YORK CITY'S  LAW DEPARTMENT
### CORPORATE COUNSEL OFFICE
### 100 CHURCH STREET ( 4TH FLOOR )
### MANHATTAN ,  NEW YORK 10007

### PORT AUTHORITY OF NY/NJ AGENCY
### LEGAL  DEPARTMENT
### #4 WORLD TRADE CENTER BUILDING  ( 24TH FLOOR )
### 150 GREENWICH STREET
### MANHATTAN , NEW YORK 10007

### SILVERSTEIN PROPERTIES-INC
### RECEPTION@SILVPROP.COM
### #7 WORLD TRADE CENTER BUILDING
### 250 GREENWICH STREET
### MANHATTAN, NEW YORK 10007

### MS KAREN T. CONNELLY
### ASSISSTANT DIRECTOR INSPECTOR GENERAL
### ( 973 ) 565-4352  OR ( 973 ) 565-4307 ( FAX )
### <u>INSPECTORGENERAL@PANYNJ.GOV</u>
### OFFICE OF THE INSPECTOR GENERAL
### PORT AUTHORITY OF NY/NJ AGENCY
### HOBOKEN ,  NEW JERSEY 07030



# PERSONAL  JURISDICTION
## 28 USC SECTION 1331

( 29 )

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES


CRIMINAL  TRESPASS  3RD  140.10
TRESPASS                        140.05
RESISTING  ARREST        205.30
ARRESTED     MAY-09-2019
ARREST    FILE  #M-19621345-Y
NYSID      FILE  #0- 4419965-N
DOCKET  FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019
"  PEOPLE  CANNOT  PROVE  BEYOND  "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

21

# CONCLUDED ( FIRST )  AMENDED  COMPLAINT

( 30 )

WHEEREFORE THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM REQUEST THIS COURTHOUSE'S ASSIGNED JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER DATED NOVEMBER-17-2021 TO QUICKLY REOPEN ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM BECAUSE ALL BELOW DEFENDANT LITIGANTS COMMITTED AN ILLEGAL ARREST AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM DURING MAY-09-2019 :

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES

CRIMINAL TRESPASS 3RD  140.10
TRESPASS                140.05
RESISTING  ARREST        205.30
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID    FILE  #0- 4419965-N
DOCKET  FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019
" PEOPLE CANNOT  PROVE BEYOND "
A  REASONABLE  DOUBT
## SEALED  PURSUANT  TO  SECTION  160.50  CPL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## ( NOTICE OF RECONSIDERATION MOTION )
### PER JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER
### ( DATED NOVEMBER-17-2021 )
# 19-CIV-19520 ( CCC ) ( ESK )

### BENJAMIN CUNNINGHAM
#### ( PRO-SE ) PLAINTIFF

# AGAINST

### CITY OF NEW YORK
### NYPD AGENCY
### UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
### NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY
### UNIDENTIFIED #911 EMERGENCY OPERATOR
#### NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY
#### UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS
#### NEW YORK CITY DISTRICT ATTORNEY OFFICE
#### NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK
#### SIVERSTEIN PROPERTIES & ETAL
#### PORT AUTHORITY OF NEW YORK / NEW JERSEY AGENCY
#### UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
#### ALLIED UNIVERSAL SECURITY GUARD COMPANY
#### UNIDENTIFIED SECURITY GUARD OFFICERS
#### SECURITY GUARD OFFICER DON VINCI
#### SECURITY GUARD OFFICER DEVON ADAMS
#### JOHN DOES
#### JANE DOES

#### DEFENDANTS

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 DEC 17

1

DEFENDANT MOTION TO DISMISS PLAINTIFF'S COMPLAINT.
ORDERED THAT PLAINTIFF SHALL HAVE THIRTY ( 30 ) DAYS
FROM ENTRY OF THIS ORDER TO SUBMIT AN AMENDED
COMPLAINT THAT ADDRESSES THE DEFICIENCIES IDENTIFIED
IN THE COURT'S ORDER  ........         ( NOVEMBER-17-2021 )

# 19-CIV-19520 ( CCC ) ( ESK )

## BENJAMIN  CUNNINGHAM

( PRO-SE )  PLAINTIFF

# AGAINST

CITY OF NEW YORK
NYPD  AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY
UNIDENTIFIED #911 EMERGENCY OPERATOR
NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY
UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS
NEW YORK CITY DISTRICT ATTORNEY OFFICE
NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK
SIVERSTEIN  PROPERTIES  &  ETAL
PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY
UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
JOHN DOES
JANE  DOES

DEFENDANTS

-------------------------------------------------------------------



PLEASE TAKE NOTICE THAT CIVIL RIGHTS CASE THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S INSTANT RECONSIDERATION MOTION ATTACHED WITH EXHIBITS DATED DECEMBER-13-2021 HEREBY REQUEST THAT ASSIGNED JUDGE CLAIRE C. CECCHI'S DECISION/ORDER DATED NOVEMBER-17-2021 QUICKLY REOPEN THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S CIVIL RIGHTS CASE &  THEN  GRANT DISCOVERY PRECEEDINGS BECAUSE :

CRIMINAL  TRESPASS  3RD  140.10
TRESPASS                          140.05
RESISTING  ARREST           205.30
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID      FILE  #0- 4419965-N
DOCKET  FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019
" PEOPLE  CANNOT  PROVE BEYOND "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

NEW YORK CITY 'S #911 EMERGENCY OPERATOR MADE PROMISES TO THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM THAT SHE WILL SEND NYPD AGENCY 'S POLICE OFFICERS TO PROVIDE POLICE ASSISTANCE TO ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM WHO WAS BEAT DOWN BY PORT AUTHORITY OF NY/NJ AGENCY'S POLICE OFFICERS FOR NO LEGAL REASONS

3

CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                    140.05
RESISTING  ARREST        205.30
ARRESTED     MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID     FILE  #0- 4419965-N
DOCKET   FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019
"  PEOPLE  CANNOT  PROVE  BEYOND  "
A   REASONABLE   DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

MAY-22-2019 ACCORDING TO THE NEW YORK CITY NYPD
AGENCY'S FOIL RESPONSE ( FOIL FILE #2019-056-08395 ) THE
NYC #911 EMERGENCY OPERATOR SPRINT REPORT
DOCUMENT ( #D-19050917172 ) DATED MAY-09-2019 HAS
CLEARLY STATED THAT THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM WAS UNDER NYPD AGENCY POLICE
OFFICERS ' POLICE CUSTODY UNDER THE  NYPD JOB NUMBER
( #19050917172 ) AND THEN TRANSPORTED WITH THE NEW
YORK CITY'S EMS PERSONAL TO NEW YORK-PRESBYTERIAN
HOSPITAL'S ER UNIT IN ORDER TO SEEK MEDICAL TREATMENT

ALSO, PORT AUTHORITY OF NY/NJ AGENCY 'S POLICE
OFFICERS DID CONDUCT A JOINT UNLAWFUL ARREST INSIDE
THE MANHATTAN COUNTY POLICE STATION HOUSE PRECINCT
(#001 ) LOCATED ON CANAL STREET AGAINST THE ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S

4

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED     MAY-09-2019
ARREST    FILE   #M-19621345-Y
**NYSID       FILE   #0- 4419965-N**

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED     MAY-09-2019
ARREST    FILE   #M-19621345-Y
**NYSID       FILE   #0- 4419965-N**

   SUBSEQUENTLY THE ABOVE TWO POLICE REPORT DOCUMENTS
DATED MAY-09-2019 HAVE WILLFULLY CONCEALED THE
PORT AUTHORITY OF NY/NJ AGENCY'S POLICE BRUTALITY CONDUCT
THAT WAS COMMITTED AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY ON APRIL-05-2019 INSIDE THE
PORT AUTHORITY BUS STATION TERMINAL FROM THE
MANHATTAN COUNTY DISTRICT ATTORNEY OFFICE AND FROM
THE MANHATTAN COUNTY LEGAL AIDE SOCIETY OFFICE.

   SUBSEQUENTLY THE ABOVE TWO POLICE REPORT DOCUMENTS
DATED MAY-09-2019 HAVE WILLFULLY CONCEALED THE
PORT AUTHORITY OF NY/NJ AGENCY'S POLICE BRUTALITY CONDUCT
THAT WAS COMMITTED AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S BODY ON MAY-09-2019 INSIDE THE
WORLD TRADE CENTER BUILDING'S #4 FROM THE MANHATTAN
COUNTY DISTRICT ATTORNEY OFFICE AND FROM THE MANHATTAN
COUNTY LEGAL AIDE SOCIETY OFFICE.

5

NEW YORK CITY'S POLICE PRECINCT'S #001
NYPD AGENCY POLICE REPORT DOCUMENT
( #19050917172 )  DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID      FILE  #0- 4419965-N

NEW YORK CITY'S POLICE PRECINCT'S #001
PORT AUTHORITY OF NY /NJ AGENCY 'S
POLICE REPORT DOCUMENT  ( #2019-001-02998 )
DATED MAY-09-2019
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID      FILE  #0- 4419965-N

CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                 140.05
RESISTING  ARREST        205.30
ARRESTED    MAY-09-2019
ARREST   FILE  #M-19621345-Y
NYSID      FILE  #0- 4419965-N
DOCKET  FILE  #CR-015612-19-NY
DISMISSED   AUGUST-05-2019
" PEOPLE  CANNOT  PROVE  BEYOND "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

(6)

CRIMINAL  TRESPASS  3RD  140.10

TRESPASS                    140.05

RESISTING  ARREST          205.30

ARRESTED    MAY-09-2019

ARREST   FILE  #M-19621345-Y

NYSID     FILE  #0- 4419965-N

DOCKET  FILE  #CR-015612-19-NY

DISMISSED   AUGUST-05-2019

" PEOPLE  CANNOT  PROVE  BEYOND "

A   REASONABLE   DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL

CIVIL RIGHTS CASE DEFENDANT LITIGANT CITY OF NEW YORK
FILED THEIR MOTION TO DISMISS DATED APRIL-26-2021
ALONG WITH THEIR REPLY MOTION DOCUMENTS HAVE
WILLFULLY CONCEALED THEIR PERSONAL INVOLVEMENT
STATUS FROM JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER
DATED NOVEMBER-17-2021  ( NYPD JOB NUMBER )  AND
( #19050917172 ) AND THEN TRANSPORTED WITH THE NEW
YORK CITY'S EMS PERSONAL TO NEW YORK-PRESBYTERIAN
HOSPITAL'S ER UNIT IN ORDER TO SEEK MEDICAL TREATMENT

MOREOVER, THE DEFENDANT LITIGANT CITY OF NEW YORK 'S
MOTION TO DISMISS DOCUMENTS DATED APRIL-26-2021 HAS
WILLFULLY CONCEALED NYPD AGENCY POLICE REPORT
DOCUMENT ( #19050917172 )  DATED  MAY-09-2021  FAR
AWAY FROM JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER
DATED  NOVEMBER-17-2021

7

# PERSONAL  JURISDICTION
# <u>28 USC SECTION 1331</u>

**ALLIED UNIVERSAL SECURITY GUARD CORPORATE
( 800 )  514-8273
161 WASHINGTON STREET ( #600 )
CONSHOHOCKEN , PENNSYLVANIA 19428**

**NEW YORK CITY'S  LAW DEPARTMENT
CORPORATE COUNSEL OFFICE
100 CHURCH STREET ( 4TH FLOOR )
MANHATTAN ,  NEW YORK 10007**

**PORT AUTHORITY OF NY/NJ AGENCY
LEGAL  DEPARTMENT
#4 WORLD TRADE CENTER BUILDING  ( 24TH FLOOR )
150 GREENWICH STREET
MANHATTAN , NEW YORK 10007**

**SILVERSTEIN PROPERTIES-INC
RECEPTION@SILVPROP.COM
#7 WORLD TRADE CENTER BUILDING
250 GREENWICH STREET
MANHATTAN, NEW YORK 10007**

**MS KAREN T. CONNELLY
ASSISSTANT DIRECTOR INSPECTOR GENERAL
( 973 ) 565-4352  OR ( 973 ) 565-4307 ( FAX )
<u>INSPECTORGENERAL@PANYNJ.GOV</u>
OFFICE OF THE INSPECTOR GENERAL
PORT AUTHORITY OF NY/NJ AGENCY
HOBOKEN ,  NEW JERSEY 07030**

8

# PERSONAL  JURISDICTION
## 28 USC SECTION 1331

NEW YORK STATE RESIDENTS MAY WELL BE :
NYPD AGENCY POLICE OFFICERS
PORT AUTHORITY OF NY/NJ AGENCY POLICE OFFICERS
ALLIED UNIVERSAL SECURITY GUARD OFFICERS
SILVERSTEIN PROPERTIES-INC STAFF PERSONS
NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICERS
MANHATTAN CRIMINAL COURTHOUSE OFFICERS
JOHN DOES & JANE DOES

NEW JERSEY STATE RESIDENTS MAY WELL BE :
NYPD AGENCY POLICE OFFICERS
PORT AUTHORITY OF NY/NJ AGENCY POLICE OFFICERS
ALLIED UNIVERSAL SECURITY GUARD OFFICERS
SILVERSTEIN PROPERTIES-INC STAFF PERSONS
NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICERS
MANHATTAN CRIMINAL COURTHOUSE OFFICERS
JOHN DOES & JANE DOES

PENNSYLVANIA STATE RESIDENTS MAY WELL BE :
NYPD AGENCY POLICE OFFICERS
PORT AUTHORITY OF NY/NJ AGENCY POLICE OFFICERS
ALLIED UNIVERSAL SECURITY GUARD OFFICERS
SILVERSTEIN PROPERTIES-INC STAFF PERSONS
NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICERS
MANHATTAN CRIMINAL COURTHOUSE OFFICERS
JOHN DOES & JANE DOES

9

# MEMORANDUM OF LAW
# PERSONAL  JURISDICTION
# <u>28 USC SECTION 1331</u>

DEFENDANT LITIGANT PORT AUTHORITY OF NY/NJ AGENCY
IS A BI-STATE ENTITY CREATED IN 1921 BY A COMPACT
BETWEEN NEW YORK AND NEW JERSEY AND APPROVED BY
THE UNITED STATES CONGRESS :

> NEW YORK CITY'S POLICE PRECINCT'S #001
> NYPD AGENCY POLICE REPORT DOCUMENT
> ( #19050917172 )  DATED MAY-09-2019
> ARRESTED    MAY-09-2019
> ARREST   FILE  #M-19621345-Y
> <u>NYSID     FILE  #0- 4419965-N</u>

> NEW YORK CITY'S POLICE PRECINCT'S #001
> PORT AUTHORITY OF NY /NJ AGENCY 'S
> POLICE REPORT DOCUMENT  ( #2019-001-02998 )
> DATED MAY-09-2019
> ARRESTED    MAY-09-2019
> ARREST   FILE  #M-19621345-Y
> <u>NYSID     FILE  #0- 4419965-N</u>

MCKINNEY'S UNCONSOLIDATED LAWS OF NEW YORK SECTION 7206  REALLY
DOES PROVIDE PERSONAL JURISDICTION IN EITHER NEW YORK STATE OR INSIDE
NEW JERSEY STATE.  THE ABOVE TWO AGENCIES POLICE REPORT DOCUMENTS
ARE CLEAR LEGAL EVIDENCE THAT SHOWS THE  ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM 'S CIVIL RIGHTS CASE IS IN THE PROPER DISTRICT :
<u>KELLY V. PORT AUTHORITY OF NY/NY AGENCY</u>

10

# CONCLUDED LEGAL ARGUMENTS

CRIMINAL TRESPASS 3RD   140.10

TRESPASS                   140.05

RESISTING ARREST           205.30

ARRESTED    MAY-09-2019

ARREST FILE #M-19621345-Y

NYSID      FILE #0- 4419965-N

DOCKET FILE #CR-015612-19-NY

DISMISSED    AUGUST-05-2019

" PEOPLE CANNOT PROVE BEYOND "

A REASONABLE DOUBT

SEALED PURSUANT TO SECTION 160.50 CPL

WHEREFORE THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM HEREBY REQUEST THAT ASSIGNED JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER DATED NOVEMBER-17-2021 QUICKLY REOPEN ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S CIVIL RIGHTS CASE BECAUSE DEFENDANT LITIGANT CITY OF NEW YORK 'S MOTION TO DISMISS DOCUMENTS DATED APRIL-26-2021 NEVER FILED ANY ATTACHED AFFIDAVITS/DECLARATIONS FROM ANY NYPD AGENCY'S POLICE OFFICIALS WHILE WILLFULLY CONCEALING NYPD AGENCY'S POLICE REPORT DOCUMENT ( #19050917172 )  DATED MAY-09-2019 FROM ASSIGNED JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER DATED NOVEMBER-17-2021 .

11

RESPECTFULLY,

12-15-21

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07101

2021 DEC 14  P 2:24